INTERNATIONAL DYE AND PRINT WORKS, INCORPO-
RATED, APPELLANT, v. FASHION SCREEN PRINTING
COMPANY, RESPONDENT.

Submitted October 30, 1936—Decided January 22, 1937.

For the appellant, *Abram I. Bluestein.*

For the respondent, *Maurice Bernstein.*

PER CURIAM.

The judgment under review herein should be affirmed, for
the reasons expressed in the opinion delivered by Mr. Justice
Perskie in the Supreme Court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, TREN-
CHARD, PARKER, CASE, BODINE, HETFIELD, DEAR, WELLS,
WOLFSKEIL, RAFFERTY, COLE, JJ. 12.

*For reversal*—None.